AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Jan 13, 2021
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Up to $103,313.73 in funds held in the JPMorgan ) Case No. **20-M-510 (SCD)**
Chase Bank N.A. accounts ending in # XX5302 & )
XX2638, in the name of John Whelan )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO: **JESSIE LEWIS, a Task Force Officer assigned to the Drug Enforcement Administration, and any Authorized Officer of the United States.**

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____Wisconsin_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $103,313.73 in funds held in the JPMorgan Chase Bank N.A. accounts ending in # XX5302 & XX2638, in the name of John Whelan

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____1-27-21____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Stephen C. Dries_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __1-13-21 4:30 pm__    _____/s/ Stephen C. Dries_____
                                                                                    *Judge's signature*

City and state: __Milwaukee, WI__    Stephen C. Dries, U.S. Magistrate Judge
                                                                *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)     DEA

| Return |||
|---|---|---|
| Case No.:<br>20-M-510 (SCD) | Date and time warrant executed:<br>01-14-2021   1000 AM | Copy of warrant and inventory left with:<br>Branch Manager Colleen Melnick |

Inventory made in the presence of:
DI Julius Klevinskas

Inventory of the property taken:

- Account ending "5302" = $55,299.95 (cashier's check)
- Account ending "2638" = $18,742.15 (cashier's check)


TFO Jessie Lewis

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/25/2021

_Jessie Lewis_
Executing officer's signature

TFO Jessie Lewis
Printed name and title